UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RUSS, TAMMY J. § Case No. 11-17206
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      CLERK OF THE COURT
      219 S. Dearborn
      Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 05/09/2014 in Courtroom ,
      United States Courthouse
      Joliet City Hall
      150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/07/2014        By: /s/ Michael G. Berland
                                                      Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
RUSS, TAMMY J. §   Case No. 11-17206
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 25,311.00 |
| and approved disbursements of | $ 500.00 |
| leaving a balance on hand of[1] | $ 24,811.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 3,281.10 | $ 0.00 | $ 3,281.10 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 20.24 | $ 0.00 | $ 20.24 |
| Accountant for Trustee Fees: Gloria Longest | $ 500.00 | $ 500.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,301.34 |
| Remaining Balance | $ 21,509.66 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,959.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 37.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TD Bank USA, N.A. | $ 2,435.28 | $ 0.00 | $ 903.77 |
| 000002 | Capital One,N.A | $ 701.30 | $ 0.00 | $ 260.26 |
| 000003 | EWP, INC. | $ 54,628.63 | $ 0.00 | $ 20,273.56 |
| 000004 | World Financial Network National Bank | $ 194.18 | $ 0.00 | $ 72.07 |

Total to be paid to timely general unsecured creditors   $   21,509.66

Remaining Balance   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

          Prepared By: /s/ Michael G. Berland
                   Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Tammy J. Russ  
    Debtor

Case No. 11-17206-BWB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: cmendoza1     Page 1 of 1     Date Rcvd: Apr 08, 2014  
                       Form ID: pdf006     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2014.

```
db           +Tammy J. Russ,    901 Mazalin Drive,    Shorewood, IL 60404-7232
17486666     +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
17171974     +Chase Home Finance,    Post Office Box 29505,    Phoenix, AZ 85038-9505
17171975     +EWP, INC.,    C/O Attorney Dennis Porick,    63 W. Jefferson Street,    Joliet, IL 60432-4337
17171976     +Harris Bank,    C/O Jay K. Levy & Associates,    155 Revere Drive, #2,    Northbrook, IL 60062-1558
17171977     +JP Morgan Chase Bank,    C/O Fisher and Shapiro,    2121 Waukegan Road, #301,
               Bannockburn, IL 60015-1831
17171979     +Provena St. Joseph Medical Center,    Post Office Box 88097,    Chicago, IL 60680-1097
17171980     +Target Credit Services,    Post Office Box 1581,    Minneapolis, MN 55440-1581
17171981     +Victoria's Secret,    Post Office Box 659728,    San Antonio, TX 78265-9728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17209203     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Apr 09 2014 04:46:28
               JP Morgan Chase Bank, NA Department,    c/o Ascension Capital Group,    P. O. Box 201347,
               Arlington, TX 76006-1347
17171978     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 09 2014 03:41:37     Kohl's,
               Post Offie Box 2983,    Milwaukee, WI 53201-2983
17425011     +E-mail/Text: bncmail@w-legal.com Apr 09 2014 03:42:38     TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
20260031     +E-mail/Text: bncmail@w-legal.com Apr 09 2014 03:42:38     TD Bank USA, N.A.,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
17571545      E-mail/Text: bnc-quantum@quantum3group.com Apr 09 2014 03:42:08
               World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
               Kirkland, WA  98083-0788
                                                                                              TOTAL: 5
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2014                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2014 at the address(es) listed below:

```
          Chris D Rouskey    on behalf of Debtor Tammy J. Russ rouskey-baldacci@sbcglobal.net
          Evan  Moscov    on behalf of Creditor   TD Bank USA, N.A. evan.moscov@moscovlaw.com,
           ADVNotices@w-legal.com
          Michael G Berland    on behalf of Trustee Michael G Berland einstein829@earthlink.net,
           IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Michael G Berland    on behalf of Debtor Tammy J. Russ einstein829@earthlink.net,
           IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Michael G Berland     einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Michael J Kalkowski    on behalf of Creditor    JPMorgan Chase Bank, National Association
           mkalkowski@fisherandshapirolaw.com,   BK_IL_Notice@fisherandshapirolaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 7
```